```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**PEREZ,**

                               **Petitioner,**

       -against-

**DECKER, ET AL.,**

                               **Respondents.**

-------------------------------------------------------------X

**1:21-cv-02360-ALC-KHP**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2021, Petitioner filed a motion for preliminary injunction. Respondents appeared on March 30, 2021. The Court hereby ORDERS the parties to comply with the below briefing schedule.

- Reponse from Respondents: April 5, 2021
- Reply from Petitioner: April 7, 2021

 **SO ORDERED.**

**Dated:  April 1, 2021**
      **New York, New York**

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**