USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_4/2/2021\_\_\_\_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
   **PEREZ,**

                             **Petitioner,**

      -against-                       **1:21-cv-02360-ALC**

   **DECKER, ET AL.,**                   **ORDER**

                           **Respondents.**
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2021, Petitioner filed a motion for preliminary injunction. Respondents appeared on March 30, 2021. The Court set a briefing schedule by an Order dated April 1, 2021. However, Respondent has filed a jurisdictional objection and requested expedited resolution of the matter. Accordingly, Petitioner is ORDERED to file a response to Defendant's objection by April 5, 2021. The Court hereby sets a telephonic conference for April 7, 2021 at 3 p.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: April 2, 2021**
      **New York, New York**                           **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**